UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
CAROLYN JENKINS; DEBRA KOONTZ; :
DEBRA LEACH; DORRIS LEE; BETTY :
LEMMONS; BOBBIE LETCHWORTH; MARY :
LOCKLEAR; AUVELENE MAGEE; ELLA :
MATTHEWS; SHARRON MCCONNELL; :
CHARLES MCDONALD; GLORIA MCGEE; :
MARY NEAL; BARBARA O'NEAL; PATRICIA :
PLUME; PAUL POWELL; JAMERIA :
RIGGSBEE; VICKI RILEY; GLORIA ROACH; :
STEPHANIE SIMPSON, :
 :
    Plaintiffs : Civil Action
v. : No. 04-11090-GAO
 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
 :
    Defendants :
---------------------------------- x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.