UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CAROLYN JENKINS; DEBRA KOONTZ;
DEBRA LEACH; DORRIS LEE; BETTY
LEMMONS; BOBBIE LETCHWORTH; MARY
LOCKLEAR; AUVELENE MAGEE; ELLA
MATTHEWS; SHARRON MCCONNELL;
CHARLES MCDONALD; GLORIA MCGEE;
MARY NEAL; BARBARA O'NEAL; PATRICIA
PLUME; PAUL POWELL; JAMERIA
RIGGSBEE; VICKI RILEY; GLORIA ROACH;
STEPHANIE SIMPSON,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11090-GAO

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  August 27, 2004    Respectfully submitted,
          Boston, Massachusetts

                                                /s/Matthew J. Matule
                                                Matthew J. Matule (BBO #632075)
                                                SKADDEN, ARPS, SLATE,
Of Counsel:                                        MEAGHER & FLOM LLP
Barbara Wrubel                                  One Beacon Street
Katherine Armstrong                             Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                           (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                  Counsel for Defendant
                                                Indevus Pharmaceuticals, Inc.